*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICE, | CASE NO.: CV 11-6214-GW(SSx) |
|        *Plaintiff,* | **ORDER DISMISSING ACTION** |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
|        *Defendants.* | |

1

1      GOOD CAUSE appearing therefore,

2      IT IS HEREBY ORDERED that the above-captioned action againstDefendants is
3 dismissed without prejudice. Parties agree that the dismissal is subject to the Court
4 retaining jurisdiction to enforce the settlement and the Court may order sanctions against
5 the party who would not abide by the settlement agreement. The Court's order to enforce
6 the settlement is not appealable.

8 DATED: April 19, 2012          _____
9                                         HONORABLE GEORGE H. WU
                                         UNITED STATES DISTRICT COURT JUDGE